UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUANITA TAYLOR,

    Defendant.

Case No. 09-CR-_____
[18 U.S.C. § 641]

**09 CR-059**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

Beginning on or about February 1, 2007, and continuing without interruption until on or about March 1, 2008, in the State and Eastern District of Wisconsin and elsewhere,

**JUANITA TAYLOR**

did knowingly and willfully convert to her own use money of the United States and of its agency, the Social Security Administration; namely, Supplemental Security Income payments to which she knew she was not entitled, such payments having a value of approximately $8,458.74. The defendant did so with the intent to deprive the United States of the use and benefit of that money.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

Dated: 3/3/2009

_____
FOR MICHELLE L. JACOBS
Acting United States Attorney